# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAUNTEL EVANS,** | : |
| Petitioner | : CIVIL ACTION NO. 3:13-1562 |
| v. | : |
| | (MANNION, D.J.) |
| **THOMAS CORBETT, et al.,** | : (BLEWITT, M.J.) |
| Respondents | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Judge Blewitt's report, (Doc. 23), is **ADOPTED IN ITS ENTIRETY**. Respondents' motion to dismiss the petition, (Doc. 19), is **GRANTED**. The petition for habeas corpus, (Doc. 1), is **DISMISSED**. No certificate of appealability shall issue. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 10, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1562-01-order.wpd